# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00041JMS-01 |
| CASE NAME: | United States of America vs. Yong Kim-01<br>United States of America vs. Y.K.B., Inc. Dba Brudda's Market -02 |
| ATTYS FOR PLA: | Michael K. Kawahara |
| ATTYS FOR DEFT: | William A. Harrison |
| INTERPRETER: | Susan Wehrman |
| U.S.P.O.: | Anne M. Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 2/27/2006 | TIME: | 10:20 - 10:55 |

COURT ACTION:  Sentencing as to Count 1 of the Indictment -01 Yong Kim and -02 Y.K.B., Inc.,:

Defendant Yong Kim present with counsel William Harrison.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Probation 3 years as to each of Count 1 under Criminal No. CR 04-00041JMS and Count 1 under Criminal No. CR 05-00113JMS, to be served concurrently under the following conditions:

1.      That the defendant shall abide by the standard conditions of supervision.

2.      That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3       That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 04-00041JMS-01
U.S.A. vs. Yong Kim
February 27, 2006

4.    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).  Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

5.    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.    That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7.    That the fine of $10,000 is due immediately and any remaining balance  be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.

9.    That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10.    That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Monetary Assessment $200.

Advised of rights to appeal.

Submitted by:  Dottie Miwa, Courtroom Manager