Prob 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# United States District Court
## FOR THE

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

Y.K.B. Inc., dba "Brudda's Market"

Criminal No. CR 04-00041JMS-02 and CR 05-00113JMS-02

On 2/27/2006, the above named was placed on probation for a period of 3 years. This corporation has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that this corporation be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 15th day of November, 2007.

J. MICHAEL SEABRIGHT
U.S. District Judge

Prob 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

Y.K.B. Inc., dba "Brudda's Market"

Criminal No. CR 04-00041JMS-02 and
CR 05-00113JMS-02

On 2/27/2006, the above named was placed on probation for a period of 3 years. This corporation has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that this corporation be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

/s/ Alysa K. Makahanaloa
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 15th day of November, 2007.

/s/ J. Michael Seabright
J. MICHAEL SEABRIGHT
U.S. District Judge

Prob 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

Criminal No. CR 04-00041JMS-02 and  
CR 05-00113JMS-02

Y.K.B. Inc., dba "Brudda's Market"

On 2/27/2006, the above named was placed on probation for a period of 3 years. This corporation has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that this corporation be discharged from probation at this time, having served 20 months of supervision.

Respectfully submitted,

/s/ Alysa K. Makahanaloa  
ALYSA K. MAKAHANALOA  
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 15th day of November, 2007.

/s/ J. Michael Seabright  
J. MICHAEL SEABRIGHT  
U.S. District Judge